**STATE of Missouri, Respondent,**

v.

**Dennis SUMMERS, Appellant.**

**No. WD 58497.**

Missouri Court of Appeals, Western District.

Jan. 30, 2001.

Nancy A. McKerrow, Asst. Public Defender, Columbia, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Karen L. Kramer, Asst. Atty. Gen., Jefferson City, MO, for respondent.

Before ELLIS, Presiding Judge, LOWENSTEIN, Judge and BRECKENRIDGE, Judge.

### ORDER

PER CURIAM:

Appellant Dennis Summers appeals from his conviction by jury of second degree murder, § 565.021,[1] and second degree burglary, § 569.170. No jurisprudential purpose would be served by a formal written opinion. However, a memorandum explaining the reasons for our decision has been provided to the parties.

Judgment affirmed. Rule 30.25(b).

---

1. All statutory references are to RSMo 1994, unless otherwise noted.